ROBERT N. KIM, ESQUIRE (323856)
LEGAL AID OF SOUTHEASTERN PA
1290 VETERANS HWY., BOX 809
BRISTOL, PA 19007
PHONE: (215) 781-1111
FAX (215) 781-1116
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **Mary Anne Kazlauskas** | : | |
| Debtor | : | Bankruptcy Case: **16-18741-jkf** |

DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 3
<u>FILED BY CIT BANK, N.A.</u> TO DETERMINE VALUE
OF CREDITOR HERITAGE CREEK CONDOMINIUM ASSOCIATION'S
ALLOWED SECURED CLAIM

The Debtor, by her attorney, requests that this Court, pursuant to 11 U.S.C. § 1322(b)(5)(a) and Bankruptcy Rule 3002.1 hereby objects to Proof of Claim number 3 filed by CIT Bank, N.A., and in support thereof states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the Unites States Bankruptcy Code on December 22, 2016.

2. Creditor, CIT Bank, N.A., filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on July 13, 2017, totaling $650.00.

3. Creditor allege a Bankruptcy or Proof of Claim fees from review of the plan and proof of claim on March 10, 2017 total $650.00. A true and correct copy of the proof of claim is attached hereto as Exhibit "A".

4. Debtor objects to the claim. The claims sought by the creditor are unreasonable. Creditor offers no proof that Creditor has authority to collect this claim. Further this claim cannot be collected unless there is equity in the real estate above and beyond the claim of the Credit and all liens prior thereto.

5. Creditor is not entitled to recover post-petition fess for work performed preparing and filing the Proof of Claim because the services performed are merely ministerial and not legal in nature.

6. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157(b)2(K). This is a core proceeding.

      WHEREFORE, Debtor prays that this Court issue an Order determining that the post petition arreared owed to CIT Bank, N.A, is discharged.

                                         Respectfully,

Date:  10/062017                                /s/Robert N. Kim, Esquire
                                                   Attorney for Debtor

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: Mary Anne Kazlauskas

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: EASTERN District of PA (State)

Case number: 16-18741-SR

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: CIT Bank, N.A.

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 1920

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | See 1 in Addendum | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property Inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1   Mary Anne Kazlauskas                                   Case number (if known) 16-18741-SR
           First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Celine P. DerKrikorian                        Date 06/13/2017
Signature

Print:   Celine P. DerKrikorian                     Title  Attorney for creditor
         First Name   Middle Name   Last Name

Company   McCabe, Weisberg & Conway, P.C.

Address   123 S. Broad Street, Suite 1400
          Number    Street
          Philadelphia, PA 19109
          City                State    ZIP Code

Contact phone  ( 215 ) 790 – 1010                   Email  ecfmail@mwc-law.com

# Addendum

1. 03/10/2017 Plan Review ($250.00), 03/10/2017 Proof of Claim ($400.00)