**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary Anne Kazlauskas            CHAPTER 13
                Debtor(s)

                                        BKY. NO. 16-18741 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Rebecca Solarz
                                        Rebecca Solarz
                                        30 Aug 2021, 12:05:45, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322

Document ID: b810bdebe8cadb3de8285440d5f6aa3c4aa12b6014deb9878a334e6d92e46977