# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18741-amc

Mary Anne Kazlauskas

Debtor,

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

BANK OF NEW YORK MELLON TRUST COMPANY,          Court Claim # (if known) 3-1
N.A. AS TRUSTEE FOR MORTGAGE ASSETS
MANAGEMENT SERIES I TRUST
Name of Secured Creditor

Old Address of Secured Creditor:
Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston  TX  77014

New Name and/or Address where NOTICES to Secured Creditor
should be sent:
PHH Mortgage Services
P.O. Box 24606
West Palm Beach, FL 33416
Or by Fax to: 561-682-8644

Phone: 866-503-5559

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):
PHH Mortgage Services
PO Box 5435
Mount Laurel, NJ 08054

Phone: 866-503-5559

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab                          Date: 10/29/2021
Charles G. Wohlrab, Esq.
     Agent for Secured Creditor
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

21-074642 - AnS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____October 29, 2021_____,

I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MARY ANNE KAZLAUSKAS
811 WASHINGTON AVENUE
CROYDON, PA  19021-6138

And via electronic mail to:

DAVID J. BENNETHUM
LEGAL AID OF SOUTHEASTERN PA
1290 NEW RODGERS ROAD
BOX 809
BRISTOL, PA  19007

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA  19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA  19106

By: /s/   Andrew Smith

21-074642 - AnS