UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                                 **CASE NO.: 16-18741-amc**
                                                                                            **CHAPTER 13**

**Mary Anne Kazlauskas,**
   **Debtor.**

_____/

## NOTICE OF APPEARNACE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                  Authorized Agent for Secured Creditor
                                                  130 Clinton Rd #202
                                                  Fairfield, NJ 07004
                                                  Telephone: 470-321-7112

                                                  By: /s/Charles Wohlrab
                                                          Charles Wohlrab, Esq.
                                                        Email: CWohlrab@raslg.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on November 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARY ANNE KAZLAUSKAS
811 WASHINGTON AVENUE
CROYDON, PA 19021-6138

And via electronic mail to:

LEGAL AID OF SOUTHEASTERN PA
1290 NEW RODGERS ROAD, BOX 809
BRISTOL, PA 19007

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                                            By: /s/ VJ Allen
                                            VJ Allen
                                            Email: viallen@rascrane.com