**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In RE:<br>Mary Anne Kazlauskas<br>　　　　　Debtors | Case No.:16-18741-amc<br>Chapter 13 |
| PHH Mortgage Corporation<br>　　　　　Movant | Hearing Date: 2/2/2022<br>Hearing Time: 11:00 A.M. |

**CERTIFICATE OF SERVICE**

　　　I, Robert N.S.Kim, Esquire, attorney for Debtor(s), Mary Anne Kazlauskas, do hereby certify that a copy of Debtor's Response to Motion for Relief in the above-referenced bankruptcy filing have been served this 12th day of January, 2022, by first class mail, postage prepaid, or by electronic submission, upon those listed below:

Debtors:
Mary Anne Kazlauskas
811 Washington Ave
Croydon, PA  19021

Creditor:
Charles G. Wohlrab, Esq
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

| | |
|---|---|
| U.S. Trustee:<br>Office of U.S. Trustee<br>833 Chestnut Street, Ste 500<br>Philadelphia, PA.  19107 | Chapter 13 Trustee:<br>Scott F. Waterman, Esquire<br>PO Box 4010<br>Reading, PA 19606 |

　　　　　　　　　　　　　　　　　 /S/ROBERT N.S. KIM
　　　　　　　　　　　　　　　　　Robert N.S. Kim, Esquire, ID#323856
Dated:　1/12/2022　　　　Attorney for Debtor(s)