Certificate Number: 06531-PAE-DE-036385443

Bankruptcy Case Number: 16-18741



06531-PAE-DE-036385443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2022, at 1:14 o'clock PM CST, Mary Anne Kazlauskas completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 9, 2022

By: /s/Laura Stevens

Name: Laura Stevens

Title: Credit Counselor