United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18741-amc |
| Mary Anne Kazlauskas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mary Anne Kazlauskas, 811 Washington Avenue, Croydon, PA 19021-6138 |
| 14632362 | + | BANK OF NEW YORK MELLON, Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |
| 14650891 | + | Bank of New York Mellon Trust Co., c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14632644 | + | Bank of New York Mellon Trust Company, N.A. as Tru, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13839998 | + | Bristol Township Sewer Department, 2501 Bath Road, Bristol, PA 19007-2150 |
| 13839999 | + | Bucks County Tax Claim Bureau, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 13871531 | + | Bucks County Tax Claim Bureau, c/o Kelly Eberle, Esq., 55 E. Court Street, Doylestown, PA 18901-4318 |
| 13840000 | + | CIT Bank d/ba/ Financial Freedom, PO Box 85400, Austin, TX 78708-5400 |
| 13880867 | + | CIT Bank, N.A., 2900 Esperanza Crossing, Austin, TX 78758-3658 |
| 13840001 | + | Commercial Acceptance CO, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 14647304 | + | PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14179763 | + | The Bank of New York Mellon Trust Company, N.A. a, c/o Celink, 3900 Capital City Blvd, Lansing, MI 48906-2147 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 10 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13839997 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 10 2022 23:50:00 | Berks Credit & Coll, 900 Corporate Drive, Reading, PA 19605-3340 |
| 13840002 | + | Email/Text: recoveryservicesgroup@fedchoice.org | Mar 10 2022 23:50:00 | FEDCHOICE FCU, 10001 WILLOWDALE rOAD, Lanham, MD 20706-4321 |
| 13840003 | + | Email/Text: Bankruptcies@nragroup.com | Mar 10 2022 23:50:00 | NTL Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13878112 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13840004 | | Email/Text: collect@williamsalexander.com | Mar 10 2022 23:50:00 | Williams, Alexander & Ass, PO Box 2148, Wayne, NJ 07474-2148 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Mar 10, 2022 Form ID: 138OBJ Total Noticed: 19

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CELINE P. DERKRIKORIAN | on behalf of Creditor CIT Bank N.A. ecfmail@mwc-law.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor PHH Mortgage Corporation as Attorney in fact for Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Bank of New York Mellon cwohlrab@raslg.com |
| DAVID J. BENNETHUM | on behalf of Debtor Mary Anne Kazlauskas dbennethum@lasp.org |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor CIT Bank N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT NAM SU KIM | on behalf of Debtor Mary Anne Kazlauskas rkim@lasp.org |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Anne Kazlauskas
    Debtor(s)

Case No: 16−18741−amc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/10/22

136 − 130
Form 138OBJ