United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18741-amc |
| Mary Anne Kazlauskas | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy.AUS@ReverseDepartment.com | May 16 2022 23:43:00 | Celink, 2900 Esperanza Crossing, Austin, TX 78758-3658 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

**Name**    **Email Address**

CELINE P. DERKRIKORIAN
    on behalf of Creditor CIT Bank  N.A. ecfmail@mwc-law.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Bank of New York Mellon cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor PHH Mortgage Corporation as Attorney in fact for Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust cwohlrab@raslg.com

DAVID J. BENNETHUM

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1

    on behalf of Debtor Mary Anne Kazlauskas dbennethum@lasp.org

KELLY LYN EBERLE
    on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com

MARISA MYERS COHEN
    on behalf of Creditor CIT Bank N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Bank of New York Mellon Trust Company N.A. as Trustee for Mortgage Assets Management Series I Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT NAM SU KIM
    on behalf of Debtor Mary Anne Kazlauskas rkim@lasp.org

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                            : Chapter 13

Mary Anne Kazlauskas                              : Case No. 16−18741−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , May 16, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

           By The Court

           Ashely M. Chan
           Judge , United States Bankruptcy Court

      143
Form 195