Fill in this information to identify the case.

Debtor 1: Mary Anne Kazlauskas

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN District of Pennsylvania (State)

Case number 16-18741-amc

# Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |

Name of creditor: BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 4452

Property address: 811 Washington Ave
Number  Street

Croydon, PA 19021
City    State   ZIP Code

| Part 2: | Prepetition Default Payments |

Check one:

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $_____

| Part 3: | Postpetition Mortgage |

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM/DD/YYYY

[X] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $0.00

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $2.080.48

c. Total. Add lines a and b.      (c) $2,080.48

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   NA- this is a Reverse Mortgage
MM/ DD/ YYYY

| Debtor 1 | Mary Anne Kazlauskas | | | Case Number (if known) | 16-18741-amc |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ]  I am the creditor.
[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab            Date 03/11/2022
   Signature

Print    Charles G. Wohlrab, Esq.                    Title Authorized Agent
         First Name    Middle Name    Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    130 Clinton Rd #202
           Number         Street

           Fairfield, NJ 7004
           City           State           ZIP Code

Contact    470-321-7112                              Email cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mary Anne Kazlauskas
811 Washington Avenue
Croydon, PA 19021-6138

And via electronic mail to:

DAVID J. BENNETHUM
Legal Aid of Southeastern PA
1290 New Rodgers Road
Box 809
Bristol, PA 19007

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ Jessica Norton

Email: jnorton@raslg.com

| | |
|---|---|
| Skey | |
| Borrower Last Name | Kazlauskas |
| Property Address | 811 Washington Ave, Croydon, PA 19021 |
| MCA | 115.35 % |

| | |
|---|---|
| Total Amount Due for Reinstatement | $ 2,080.48 |
| Reinstatement as of: | 03/10/2022 12:00 AM |

***This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.**

**Details/Breakdown**

| Corporate Advances | | |
|---|---|---|
| Date | Type | Amount |
| 10/27/2021 | Corp Adv - S305 - Taxes | $ 1,401.16 |
| Total | | $ 1,401.16 |

| Remittances | | |
|---|---|---|
| Date | Type | Amount |
| 08/26/2021 | Part Repay - Transferred Prop Charges | ($ 606.72) |
| 09/30/2021 | Part Repay - Transferred Prop Charges | ($ 606.72) |
| 10/28/2021 | Part Repay - Transferred Prop Charges | ($ 303.35) |
| 11/30/2021 | Part Repay - Transferred Prop Charges | ($ 310.10) |
| 12/28/2021 | Part Repay - Transferred Prop Charges | ($ 310.10) |
| Total | | ($ 2,136.99) |

| Transfer Charges | | |
|---|---|---|
| Date | Type | Amount |
| 02/28/2022 | Prior Servicer Property Charges | $ 2,816.31 |
| Total | | $ 2,816.31 |